## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SANDRA ATWATER, Guardian of the
Person and Estate of KENNY WARREN
GRADY, II, on behalf of herself and KENNY
WARREN GRADY, II, an incompetent person**          **PLAINTIFFS**

**V.**          **CASE NO. 2:19CV158 JM**

**VANESSA BRAYBOY, Individually and in her
Official Capacity as an Officer with the Forrest
City Police Department; FORREST CITY
POLICE DEPARTMENT; and FORREST CITY, ARKANSAS**          **DEFENDANTS**

## ORDER

Pending is the parties' joint motion to dismiss, docket # 14.   The motion is GRANTED.

This case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of January, 2021.

_____
James M. Moody Jr.
United States District Judge